IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SCOTT F. DAVIS and REBECCA ELLIS, | ) |
| Plaintiffs, | ) |
| v. | ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HS1 ASSET SECURITIZATION CORPORATION TRUST 2007-OPT1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OPT1, | ) |
| Defendant. | ) Civil Action No. 1:14-CV-005-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is **DISMISSED** with prejudice. Costs are taxed against Plaintiffs.

Dated this 27th day of June, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE